FILED

FEB 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>A. MARTINEZ, et.al.,<br><br>    Defendants. | Case No. 1:18-cv-00501-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ALONZO RAYSHAWN PERKINS, CDCR #T-42061 |

A settlement conference in this matter commenced on February 14, 2019. Inmate Alonzo Rayshawn Perkins, CDCR #T-42061 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/14/19

UNITED STATES MAGISTRATE JUDGE