UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS, | Case No.: 1:18-cv-00501-SAB (PC) |
| Plaintiff, | |
| v. | **AMENDED DISCOVERY AND SCHEDULING ORDER** |
| A. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff Alonzo Rayshawn Perkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 14, 2018, the Court set a settlement conference on February 14, 2019, and stayed the case for 120 days. (ECF No. 25.) A settlement conference was conducted on February 14, 2019, and the case did not settle. Therefore, the Court hereby issues the amended discovery and scheduling order as follows:

1. The deadline to file an exhaustion motion is **May 13, 2019**;
2. The deadline to amend the pleadings is **July 15, 2019**;
3. The deadline for completion of all discovery, including filing motions to compel, is **September 16, 2019**;
4. The deadline for filing pretrial dispositive motions is **November 15, 2019**; and

1

5. All other provisions of the Court's August 7, 2018, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE