**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MARTINEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00501-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL A SECOND SETTLEMENT CONFERENCE<br><br>[ECF No. 39] |

　　　　Plaintiff Alonzo Rayshawn Perkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to compel a settlement conference, filed July 11, 2019.

　　　　On February 14, 2019, the parties appeared before Magistrate Judge Barbara A. McAuliffe for a settlement conference, but the case did not settle. Therefore, on February 15, 2019, the Court issued an amended discovery and scheduling order.

　　　　Plaintiff is advised that no party can be forced to settle a case, and the Court will not expend further resources on scheduling and conducting a settlement conference unless it has at least a chance of being fruitful. In addition, the parties are free to engage in settlement negotiations among themselves and Court involvement is not necessary. If both parties determine that a further settlement conference would be beneficial, they may contact the Court to request a judge-led conference.

1

Accordingly, Plaintiff's motion to compel the parties to attend a second settlement conference in this action is denied.

IT IS SO ORDERED.

Dated: **July 15, 2019**

_____
UNITED STATES MAGISTRATE JUDGE